# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eskridge, Charles R. III | U.S. District Court, Southern District of Texas | 08/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Bob Casey Federal Courthouse
515 Rusk Street
Houston, TX 77002

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Garland R. Walker American Inn of Court |
| 2. | Adjunct Professor of Law | University of Houston Law Center |
| 3. | Partner | Quinn Emanuel Urquhart & Sullivan LLP |
| 4. | President | Federalist Society, Houston Lawyers Chapter |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Quinn Emanuel Defined Benefit, Pension Benefit Guaranty Corporation |
| 2. | 2019 | Quinn Emanuel partnership agreement |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eskridge, Charles R. III | 08/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Quinn Emanuel Urquhart & Sullivan LLP, partner distribution with interest | $1,992,689.00 |
| 2. 2019 | The Federalist Society, Honoraria | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed; Graphic design and creative consulting |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eskridge, Charles R. III | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.　Individual Assets (H) | | | | | | | | | |
| 2.　Wells Fargo Bank Accounts (cash) | C | Interest | K | T | | | | | |
| 3.　Brokerage Account #1 (H) | | | | | | | | | |
| 4.　Schwab Premier Bank Sweep Account (cash) | A | Interest | K | T | | | | | |
| 5.　Houston TX Water & Sewer, bond ▮▮▮▮▮ | | None | | | Redeemed | 12/01/19 | J | | |
| 6.　San Angelo TX ISD, bond ▮▮▮▮▮ | | None | J | T | | | | | |
| 7.　Leander TX ISD, bond ▮▮▮▮ | | None | J | T | | | | | |
| 8.　Lewisville TX ISD, bond ▮▮▮▮ | | None | J | T | | | | | |
| 9.　Houston TX Water & Sewer, bond ▮▮▮▮ | | None | K | T | | | | | |
| 10.　Galena Park TX ISD, bond ▮▮▮▮ | | None | J | T | | | | | |
| 11.　Mesquite TX ISD, bond ▮▮▮▮ | | None | K | T | | | | | |
| 12.　Houston TX Water & Sewer, bond ▮▮▮▮ | | None | K | T | | | | | |
| 13.　Coppell TX ISD, bond ▮▮▮▮ | | None | K | T | | | | | |
| 14.　Royse City TX ISD, bond ▮▮▮▮ | | None | K | T | | | | | |
| 15.　Sealy TX ISD, bond ▮▮▮▮ | | None | K | T | | | | | |
| 16.　Sherman TX ISD, bond ▮▮▮▮ | | None | K | T | | | | | |
| 17.　Crandall TX ISD, bond ▮▮▮▮ | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Leander TX ISD, bond ▮▮▮▮▮ | | None | J | T | | | | | |
| 19. Coppell TX ISD, bond ▮▮▮▮▮ | | None | J | T | | | | | |
| 20. Keller TX ISD, bond ▮▮▮▮▮ (Y) | | | | | | | | | |
| 21. Mesquite TX ISD, bond ▮▮▮▮▮ (Y) | | | | | | | | | |
| 22. Abbott Laboratories, stock (ABT) | A | Dividend | L | T | | | | | |
| 23. AbbVie Inc., stock (ABBV) | B | Dividend | L | T | | | | | |
| 24. Air Products & Chemicals Inc., stock (APD) | A | Dividend | K | T | | | | | |
| 25. Alphabet Inc. Cl C, stock (GOOG) | | None | M | T | | | | | |
| 26. Altria Group Inc., stock (MO) | B | Dividend | L | T | | | | | |
| 27. Amazon.com Inc. (AMZN) | | None | L | T | | | | | |
| 28. American Express Co., stock (AXP) | A | Dividend | K | T | | | | | |
| 29. Anheuser-Busch InBev S.A. ADR, stock (BUD) | A | Dividend | K | T | | | | | |
| 30. Apple Inc., stock (AAPL) | B | Dividend | N | T | | | | | |
| 31. ASML Holding N.V., stock (ASML) | A | Dividend | L | T | | | | | |
| 32. Automatic Data Processing Inc., stock (ADP) | A | Dividend | L | T | | | | | |
| 33. BlackRock Inc., stock (BLK) | A | Dividend | K | T | | | | | |
| 34. Canadian Pacific Railway Ltd., stock (CP) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eskridge, Charles R. III | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Chevron Corp., stock (CVX) | B | Dividend | L | T | | | | | |
| 36.  Chubb Ltd., stock (CB) | A | Dividend | L | T | | | | | |
| 37.  Comcast Corp. Cl A, stock (CMCSA) | A | Dividend | L | T | | | | | |
| 38.  ConocoPhillips, stock (COP) | A | Dividend | K | T | | | | | |
| 39.  Estee Lauder Cos. Cl A, stock (EL) | A | Dividend | L | T | | | | | |
| 40.  Exxon Mobil Corp., stock (XOM) | B | Dividend | L | T | | | | | |
| 41.  Facebook Inc. Cl A, stock (FB) | | None | M | T | | | | | |
| 42.  Fox Corp. Cl A, stock (FOXA) | A | Dividend | J | T | | | | | |
| 43.  Home Depot Inc., stock (HD) | B | Dividend | L | T | | | | | |
| 44.  Intercontinental Exchange Inc., stock (ICE) | A | Dividend | K | T | | | | | |
| 45.  Intuitive Surgical Inc., stock (ISRG) | | None | K | T | | | | | |
| 46.  JPMorgan Chase & Co., stock (JPM) | B | Dividend | L | T | | | | | |
| 47.  Johnson & Johnson, stock (JNJ) | A | Dividend | K | T | | | | | |
| 48.  Linde PLC, stock (LIN) | A | Dividend | K | T | | | | | |
| 49.  Mastercard Inc., stock (MA) | A | Dividend | K | T | | | | | |
| 50.  McDonald's Corp., stock (MCD) | B | Dividend | L | T | | | | | |
| 51.  Microsoft Corp., stock (MSFT) | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Mondelez International Inc. Cl A, stock (MDLZ) | A | Dividend | K | T | | | | | |
| 53. Nestle S.A. ADR, stock (NSRGY) | | None | L | T | | | | | |
| 54. Nike Inc. Cl B, stock (NKE) | A | Dividend | K | T | | | | | |
| 55. Novo Nordisk A/S ADR, stock (NVO) | A | Dividend | L | T | | | | | |
| 56. PepsiCo Inc., stock (PEP) | A | Dividend | L | T | | | | | |
| 57. Philip Morris International Inc., stock (PM) | B | Dividend | L | T | | | | | |
| 58. Roche Holding AG ADR, stock (RHHBY) | | None | K | T | | | | | |
| 59. S&P Global Inc., stock (SPGI) | A | Dividend | L | T | | | | | |
| 60. Sherwin-Williams Co., stock (SHW) | A | Dividend | K | T | | | | | |
| 61. State Street Corp., stock (STT) | A | Dividend | K | T | | | | | |
| 62. Texas Instruments Inc., stock (TXN) | B | Dividend | M | T | | | | | |
| 63. The Coca-Cola Co., stock (KO) | B | Dividend | L | T | | | | | |
| 64. Total S.A. ADR, stock (TOT) | A | Dividend | K | T | | | | | |
| 65. Union Pacific Corp., stock (UNP) | B | Dividend | L | T | | | | | |
| 66. United Technologies Corp., stock (UTX) | A | Dividend | K | T | | | | | |
| 67. UnitedHealth Group Inc., stock (UNH) | A | Dividend | K | T | | | | | |
| 68. Verisk Analytics Inc., stock (VRSK) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eskridge, Charles R. III | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. VISA Inc. Cl A, stock (V) | A | Dividend | M | T | | | | | |
| 70. Walt Disney Co. (DIS) | | None | L | T | | | | | |
| 71. Schwab Short Term US, stock (SCHO) | A | Dividend | L | T | | | | | |
| 72. Infineon Technologies AG ADR, stock (Y) | | | | | | | | | |
| 73. Brokerage Account #2 (H) | | | | | | | | | |
| 74. Schwab Premier Bank Sweep (cash) | A | Interest | K | T | | | | | |
| 75. Schwab Value Advantage (SWVXX) | B | Interest | N | T | | | | | |
| 76. Merchants Bank O, bond ▇▇▇▇ | | None | M | T | | | | | |
| 77. Merchants Bank O, bond ▇▇▇▇ | | None | M | T | | | | | |
| 78. Bank Ozk, bond ▇▇▇▇ | A | Interest | M | T | | | | | |
| 79. Wells Fargo & Co, bond ▇▇▇▇ | A | Interest | M | T | | | | | |
| 80. Brokerage Account #3 (H) | | | | | | | | | |
| 81. Fidelity Bank Sweep Account (cash) | A | Interest | J | T | | | | | |
| 82. Apple Inc., stock (AAPL) | D | Dividend | O | T | | | | | |
| 83. 401(k) Acct #1 (H) | | | | | | | | | |
| 84. BNY Mellon Bond Mkt Indx I (DBIRX) | D | Dividend | | | Sold | 12/10/19 | N | | |
| 85. Columbia Midcap Indx Fd I (NMPAX) | D | Dividend | | | Sold | 12/10/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Janus Henderson Triton Fund I (JSMGX) | C | Dividend | | | Sold | 12/10/19 | L | | |
| 87. Ishares MSCI EAFE International I (MAIIX) | D | Dividend | | | Sold | 12/10/19 | M | | |
| 88. Pioneer Bond Fd Cl Y (PICYX) | D | Dividend | | | Sold | 12/10/19 | N | | |
| 89. Ishares S&P 500 Indx Fd Cl K (WFSPX) | D | Dividend | | | Sold | 12/10/19 | N | | |
| 90. American Europacific Gr Fd R5 (RERFX) | C | Dividend | | | Sold | 12/10/19 | L | | |
| 91. TRUST ACCT #1 (H) | | | | | | | | | |
| 92. BNY Mellon Tax MGD (Growth A) (DTMGX) (Formerly Dreyfus Tax Managed) | A | Dividend | J | T | | | | | |
| 93. BNY Mellon Tax MGD (Growth C) (DPTAX) (Formerly Dreyfus Tax Managed) | A | Dividend | J | T | | | | | |
| 94. TRUST ACCT #2 (H) | | | | | | | | | |
| 95. BNY Mellon Tax MGD (Growth A) (DTMGX) | A | Dividend | J | T | Buy | 12/02/19 | J | | |
| 96. BNY Mellon Tax MGD (Growth C) (DPTAX) (Formerly Dreyfus Tax Managed) | A | Dividend | J | T | Sold<br>(part) | 12/02/19 | J | | |
| 97. 529 ACCT #1 (H) | | | | | | | | | |
| 98. Iowa 529 Total International Stock Portfolio | | None | K | T | | | | | |
| 99. Iowa 529 Total Domestic Stock Index Portfolio | | None | K | T | | | | | |
| 100. Iowa 529 Conservative Growth Portfolio | | None | K | T | | | | | |
| 101. 529 ACCT #2 (H) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. Iowa 529 Growth Age-Based Track: Moderate Growth Portfolio (Y) | | | | | | | | | |
| 103. Iowa 529 Growth Age-Based Track: Blended Moderate Growth Portfolio (X) | | None | M | T | | | | | |
| 104. 529 ACCT #3 (H) | | | | | | | | | |
| 105. Iowa 529 Growth Age-Based Track: Blended Growth Portfolio | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Eskridge, Charles R. III** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part I, lines 3 and 4, and Part III A., lines 1 and 2: Prior to taking the bench.

Part VII, lines 27, 97, 103-107, 109-112, 114, 115, 119, and 121-126 of the Nomination Report are not reportable in this period. There are no corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles R. Eskridge III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544